AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| (1) WAGNER & LYNCH, PLLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. CIV-23-226-GLJ |
| (1) GREAT LAKES INSURANCE, SE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Great Lakes Insurance SE.

Date: 07/07/2023

s/Michael S. Linscott
*Attorney's signature*

Michael S. Linscott, OBA No. 17266
*Printed name and bar number*

Doerner, Saunders, Daniel & Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103
*Address*

mlinscott@dsda.com
*E-mail address*

(918) 591-5288
*Telephone number*

(918) 925-5288
*FAX number*