## IN THE DISTRICT COURT OF THE UNITED STATES
## OKLAHOMA EASTERN DISTRICT

| | | | |
|---|---|---|---|
| **WAGNER & LYNCH, PLLC,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | **Case No.:** | **CIV-23-226-GLJ** |
| **vs.** | ) | | |
| | ) | | **6:23-CV-226-GLJ** |
| **GREAT LAKES INSURANCE, SE,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

### <u>ENTRY OF APPEARANCE OF WESLEY J. CHERRY FOR PLAINTIFF</u>

**TO CLERK OF COURT AND ALL COUNSEL:**

**COMES NOW** Wesley J. Cherry and enters his appearance for the Plaintiff in this matter, Wagner & Lynch, P.L.L.C.  Counsel requests that the Clerk of Court *enter* my appearance in this matter.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

DATED this 14th day of July, 2023.

Wesley J. Cherry, OBA #22851
FOUNDATION LAW, P.L.L.C.
P.O. Box 758
McAlester, OK  74502
(918) 839-6353 Telephone
(888) 622-3181 Facsimile
Wes.FoundationLaw@gmail.com
www.FoundationLawFirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERFVICE

I CERTIFY that on this 14th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the following:

Michael Linscott, OBA #17266
Alexandra Gage, OBA #33874
DOERNER, SAUNDERS, DANIEL & ANDERSON
Two West Second Street, Suite 700
Tulsa, OK 74106-3117
mlinscott@dsda.com
agage@dsda.com
*Attorneys for Plaintiff*

I CERTIFY that on this 14th day of July, 2023, I sent the foregoing to the following individuals without the use of the CM/ECF system, via U.S. Mail, all postage pre-paid:

NONE.

*Attorney for Defendant*