**IN THE DISTRICT COURT OF THE UNITED STATES**
**OKLAHOMA EASTERN DISTRICT**

| | | | |
|---|---|---|---|
| WAGNER & LYNCH, PLLC, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No.: | CIV-23-226-GLJ |
| vs. | ) | | |
| | ) | | 6:23-CV-226-GLJ |
| GREAT LAKES INSURANCE, SE, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## DISCLOSURE STATEMENT

| **"PARTY" DEFINED:** | Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action. |
|---|---|

Pursuant to Fed. R. Civ. P. 7.1:
WAGNER & LYNCH, PLLC

_____

*[enter name of party on the line above]*

who is a (check one)   ☒ PLAINTIFF   ☐ DEFENDANT   ☐ OTHER: _____

in this action, makes the following disclosures:

| **INSTRUCTIONS:** | 1. Determine which part(s) of the form apply: <br> • Part I is applicable only in diversity cases and must be completed by all parties. <br> • Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons. <br> 2. Check the applicable box or boxes, and fully provide any required information. <br> 3. Attach separate pages as necessary to fully provide required information. |
|---|---|

## PART I

☐   This party is an individual who resides in _____.

☒   This party is a corporation incorporated in **_OKLAHOMA_____** and with a principal place of business in **OKLAHOMA_____**.

☐   This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

   If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship.   If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐   This party is a trust.

   If yes, identify each trustee and each trustee's state of citizenship.   If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

**PART II**

☐   This party is publicly held.

☐   This party has one or more parent entities.

      If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐   This party has one or more subsidiaries.

      If yes, identify all subsidiaries.

☐   Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

      If yes, identify all such owners.

☐   Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

      If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐   This party is a trade association.

      If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐   This party is a trust.

      If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

electronically with this Court.

      DATED this 14th day of July, 2023.

Wesley J. Cherry, OBA #22851
FOUNDATION LAW, P.L.L.C.
P.O. Box 758
McAlester, OK   74502
(918) 839-6353 Telephone
(888) 622-3181 Facsimile
Wes.FoundationLaw@gmail.com
www.FoundationLawFirm.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERFVICE**

I CERTIFY that on this 14th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the following:

Michael Linscott, OBA #17266
Alexandra Gage, OBA #33874
DOERNER, SAUNDERS, DANIEL & ANDERSON
Two West Second Street, Suite 700
Tulsa, OK 74106-3117
mlinscott@dsda.com
agage@dsda.com
*Attorneys for Plaintiff*

I CERTIFY that on this 14th day of July, 2023, I sent the foregoing to the following individuals without the use of the CM/ECF system, via U.S. Mail, all postage pre-paid:

NONE.

*Attorney for Defendant*