IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WAGNER & LYNCH, PLLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   CIV–23–226–JAR |
| | ) | |
| GREAT LAKES INSURANCE SE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER SETTING SCHEDULING CONFERENCE
### AND REQUIRING JOINT STATUS REPORT

This case is set for and in person Scheduling Conference on **September 13, 2023 at 10:00 a.m.** before U.S. Magistrate Judge Jason A. Robertson at the U.S. Courthouse, 5th and Okmulgee Streets, Courtroom 3, Room 432, Muskogee, Oklahoma.

Pursuant to Fed.R.Civ.P. 26(f), the parties are to confer as soon as practicable but not less than twenty-one (21) days prior to the Scheduling Conference. The parties are directed to prepare and file a Joint Status Report on or before **August 30, 2023**. Joint Status Report forms are available in the Court Clerk's office, or can be obtained from our public web site at https://www.oked.uscourts.gov/content/jason-robertson-magistrate-judge.

FOR CASES REFERRED BACK FROM THE U.S. DISTRICT JUDGE TO THE U.S. MAGISTRATE JUDGE: If the parties have set forth an agreed, definitive date for completion of discovery in the Joint Status Report and do not request that a Scheduling Conference be held in person, the Court will enter the Scheduling Order striking the Scheduling Conference. The trial will be set approximately ninety (90) days after the close of discovery.

FOR CASES ORIGINALLY ASSIGNED TO A U.S. MAGISTRATE JUDGE: If the parties have set forth an agreed, definitive date for completion of discovery in the Joint Status Report, indicated on the Joint Status Report that all parties consent to the jurisdiction of the U.S. Magistrate Judge, and do not request that a Scheduling Conference be held in person, the Court will enter the Scheduling Order striking the Scheduling Conference. The trial will be set approximately ninety (90) days after the close of discovery.

IT IS SO ORDERED this 24th day of July, 2023.

_____
JASON A. ROBERTSON