IN THE DISTRICT COURT OF THE UNITED STATES
OKLAHOMA EASTERN DISTRICT

| | | |
|---|---|---|
| WAGNER & LYNCH, PLLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  CIV-23-226 |
| vs. | ) | |
| | ) | 6:23-CV-226 |
| GREAT LAKES INSURANCE, SE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

**COMES NOW** Wagner & Lynch, PLLC, and hereby provides notice of dismissal of the claim(s) in the instant case solely, specifically reserving all claims set forth in CIV-23-52, Great Lakes v. Wagner & Lynch.

DATED this 21st day of August, 2023.

Wesley J. Cherry, OBA #22851
FOUNDATION LAW, P.L.L.C.
P.O. Box 758
McAlester, OK  74502
(918) 839-6353 Telephone
(888) 622-3181 Facsimile
Wes.FoundationLaw@gmail.com
www.FoundationLawFirm.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERFVICE**

   I CERTIFY that on this 21st day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the following:

Michael Linscott, OBA #17266
Alexandra Gage, OBA #33874
DOERNER, SAUNDERS, DANIEL & ANDERSON
Two West Second Street, Suite 700
Tulsa, OK 74106-3117
mlinscott@dsda.com
agage@dsda.com
*Attorneys for Plaintiff*

   I CERTIFY that on this 21st day of August, 2023, I sent the foregoing to the following individuals without the use of the CM/ECF system, via U.S. Mail, all postage pre-paid:

   NONE.

*Attorney for Defendant*