UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WAGNER & LYNCH, PLLC<br>Plaintiff(s),<br><br>v.<br><br>GREAT LAKES INSURANCE SE<br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  CIV-23-226-JAR<br><br>Date:      8/21/2023<br><br>Time:      2:00pm – 2:18pm |

## MINUTE SHEET
## ZOOM STATUS CONFERENCE

Jason A. Robertson, Judge     Joe Church, Deputy Clerk     K. Anderson & A. Netherland, Law Clerks

**Plaintiff's Counsel:** __Wesley Cherry_____
**Defendant's Counsel:** __Alexander Gage_____

## MINUTES

| | |
|---|---|
| 2:00pm | Court calls case; Court discusses scheduling matters and possible consent with parties |
| | Nothing further by parties. |
| 2:18pm | Adjourn. |